The Honorable Tana Lin

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

| IMMERSION CORPORATION, | Case No. 2:23-cv-00712-TL |
|---|---|
| Plaintiff, | **STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| v. | |
| VALVE CORPORATION, | **NOTE ON MOTION CALENDAR: JUNE 5, 2023** |
| Defendant. | |

Plaintiff Immersion Corporation and Defendant Valve Corporation, by and through their undersigned counsel of record, hereby stipulate and agree as follows:

1. The deadline for Defendant to answer or otherwise respond to Plaintiff's Complaint (Dkt. #1) is currently June 8, 2023.

2. The parties agree that the time for Defendant to answer or otherwise respond to the Complaint should be extended by 46 days to July 24, 2023.

3. The parties respectfully request that the Court enter the below Order extending the deadline as stipulated.

STIPULATED MOTION FOR EXTENSION OF TIME (2:23-CV-00712-TL) - 1

1  DATED this 5th day of June, 2023.

2
3
                          FOX ROTHSCHILD LLP

4
                          *s/ Gavin W. Skok*
5                            Gavin W. Skok, WSBA #29766
                          1001 Fourth Avenue, Suite 4400
6                            Seattle, WA 98154
                          Tel.:  206-624-3600
7                            Email:  gskok@foxrothschild.com

8                            *Attorneys for Defendant Valve Corporation*

9                            FOLIO LAW GROUP PLLC

10
                          *s/ Stefan Szpajda*
11                           Stefan Szpajda, WSBA #50106
                          Cristofer Leffler, WSBA #35020
12                           Sam Kim (*pro hac vice*)
                          Palani P. Rathinasamy (*pro hac vice*)
13                           C. Maclain Wells (*pro hac vice*)
                          Davis Schumann (*pro hac vice*)
14                           Alexandra Olwen Fellowes (*pro hac vice*)
                          FOLIO LAW GROUP PLLC
15                           1200 Westlake Ave. N., Ste. 809
                          Seattle, WA 98109
16                           Tel.: 206-880-1802
                          stefan@foliolaw.com
17                           cres.leffler@foliolaw.com
                          sam.kim@foliolaw.com
18                           palani@foliolaw.com
                          maclain@foliolaw.com
19                           david.schumann@foliolaw.com
                          Alexandra.fellowes@foliolaw.com
20
21                           *Attorneys for Plaintiff Immersion Corporation*

22
23
24
25
26

STIPULATED MOTION FOR EXTENSION OF TIME (2:23-CV-00712-TL) - 2

**<u>ORDER</u>**

Based on the foregoing stipulation of the parties, IT IS HEREBY ORDERED that the time for Defendant to answer or otherwise respond to Plaintiff's Complaint (Dkt. #1) is extended to July 24, 2023.

SO ORDERED this 8th day of June, 2023.

Tana Lin
United States District Judge

STIPULATED MOTION FOR EXTENSION OF TIME (2:23-CV-00712-TL) - 3