The Honorable Tana Lin

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IMMERSION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>VALVE CORPORATION,<br><br>Defendant. | Case No. 2:23-cv-00712-TL<br><br>**(PROPOSED)**<br><br>**ORDER GRANTING VALVE CORPORATION'S MOTION TO VACATE FRCP 26(F) CONFERENCE, FRCP 26(A) DISCLOSURES AND JOINT STATUS REPORT DEADLINES** |

This matter came before the Court on Valve Corporation's Motion to Vacate FRCP 26(F) Conference, FRCP 26(A) Disclosures, and Joint Status Report Deadlines. The Court being fully advised, IT IS HEREBY ORDERED that the deadlines set in the Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement (Dkt. # 24) for the parties to conduct a FRCP 26(f) conference, exchange FRCP 26(a) initial disclosures, and submit a combined joint status report and discovery plan are hereby STRICKEN, to be reset after any motions on the pleadings have been resolved and all answers to the Complaint and any counterclaims have been filed.

PROPOSED ORDER
(2:23-CV-00712-TL) - 1

FOX ROTHSCHILD LLP
1001 FOURTH AVENUE, SUITE 4400
SEATTLE, WA 98154
206.624.3600

1     IT IS SO ORDERED.

2     DATED this _____ day of July, 2023.

                                          The Honorable Tana Lin
                                          United States District Judge

Presented by:

FOX ROTHSCHILD LLP

*s/ Gavin W. Skok*
Gavin W. Skok, WSBA #29766
1001 Fourth Avenue, Suite 4400
Seattle, WA 98154
Tel.: 206-624-3600
Email: gskok@foxrothschild.com

*Attorneys for Defendant Valve Corporation*

PROPOSED ORDER
(2:23-CV-00712-TL) - 2

FOX ROTHSCHILD LLP
1001 FOURTH AVENUE, SUITE 4400
SEATTLE, WA 98154
206.624.3600