UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IMMERSION CORPORATION,<br><br>    Plaintiff,<br><br>  v.<br><br>VALVE CORPORATION,<br><br>    Defendant. | CASE NO. 2:23-cv-00712-TL<br><br>ORDER ON MOTION TO VACATE DEADLINES |

This matter is before the Court on Defendant Valve Corporation's Motion to Vacate FRCP 26(f) Conference, FRCP 26(a) Disclosures, and Joint Status Report Deadlines (Dkt. No. 25).

On June 8, 2023, the Court extended Defendant's deadline to answer or respond to the Complaint to July 24, 2023. Dkt. No. 23. The next day, the Court set the deadlines at issue in the instant motion: July 7 for the FRCP 26(f) conference, July 21 for the FRCP 26(a)(1) initial disclosures, and August 4 for a joint status report and discovery plan. Dkt. No. 24. Defendant now moves to vacate those deadlines and reset them after any motions on the pleadings are resolved and all answers and counterclaims are filed. Dkt. No. 25 at 5. Defendant argues that the

current deadlines—which would require the Parties to meet the initial deadlines before Defendant responds to the Complaint—is inefficient and prejudicial. *Id.* at 4. Plaintiff Immersion Corporation opposes, arguing that the mere possibility of a dispositive motion on the pleadings does not constitute good cause to extend the deadlines. Dkt. No. 27 at 5–6.

Defendant states an intention to file a motion to dismiss on July 24 but also states that it will *not* if the Parties agree to the filing of an amended complaint. Dkt. No. 29 at 1. Moreover, the initial meetings and disclosures required by Federal Rule of Civil Procedure 26 are generally not taxing, and Defendant does not even attempt to show that the deadlines would be burdensome to meet. The Court will not grant what is, in effect, an indefinite stay merely because a motion to dismiss is anticipated. However, recognizing that the initial deadlines have passed, the Court will permit a limited extension.

Accordingly, the Court GRANTS in part and DENIES in part Defendant's motion and RESETS the deadlines as follows:

(1) Deadline for FRCP 26(f) Conference is **July 31, 2023**.

(2) Initial Disclosures Pursuant to FRCP 26(a)(1) by **August 14, 2023**.

(3) Combined Joint Status Report and Discovery Plan per FRCP 26(f) and Local Civil Rule 26(f) by **August 28, 2023**.

Dated this 19th day of July 2023.

Tana Lin
United States District Judge

ORDER ON MOTION TO
VACATE DEADLINES - 2