THE HONORABLE TANA LIN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IMMERSION CORPORATION,<br><br>        Plaintiff,<br><br>    v.<br><br>VALVE CORPORATION<br><br>        Defendant. | Case No. 2:23-CV-00712-TL<br><br>**SUPPLEMENTAL JOINT STATUS REPORT** |

Pursuant to the Court's Order on Motion to Vacate Deadlines (Dkt. 33) ("JSR Order"), and after having conducted their rule 26(f) conference, the parties submitted a Joint Status Report on August 28, 2023 (Dkt. 41). An Amended Joint Status Report was filed on October 18, 2023 (Dkt. 42).

The Court has yet to enter the Proposed Case Schedule, and Valve's motion to dismiss (Dkt. 37) remains pending. Since the filing of the Amended Joint Status Report, the parties have discussed matters further and jointly believe the deadlines related to Local Rules 121, 122, 130, 131, 132, 133, 134, and 135 should be adjusted to account for the Court's forthcoming Order on Valve's motion to dismiss. In addition, Valve agrees that it will not oppose a motion by Immersion to supplement its Local Rule 120 Preliminary Infringement Contentions to the extent that the Court's Order on Valve's motion to dismiss warrants such supplementation.

Once Valve's motion to dismiss is resolved, the parties propose to meet and confer regarding new proposed deadlines for the remaining disclosures and filings under the Local Supplemental Patent Rules and whether any other deadlines proposed in the Amended Joint Status Report should be changed, and to submit a further amended Joint Status Report at that time. Pending that submission, the parties jointly propose that the remaining deadlines under the Local Supplemental Patent Rules be deferred. The parties do not request any deferral or change in the remaining dates through this Supplemental Joint Status Report.

| | |
|---|---|
| DATED: November 2, 2023 | Respectfully submitted, |
| **FOLIO LAW GROUP PLLC** | **KWUN BHANSALI LAZARUS LLP** |
| */s/ Stefan Szpajda* | */s/ Michael Kwun* |
| Stefan Szpajda, WA Bar No. 50106 | Michael Kwun (SBN 198945) |
| Cristofer Leffler, WA Bar No. 35020 | (*admitted pro hac vice*) |
| Sam Kim, CA Bar No. 221600 (*admitted pro hac vice*) | Kate Lazarus (SBN 268242) (*admitted pro hac vice*) |
| Palani P. Rathinasamy, CA Bar No. 269852 (*admitted pro hac vice*) | Scott Taylor (SBN 318941) (*admitted pro hac vice*) |
| C. Maclain Wells, CA Bar No. 221609 (*admitted pro hac vice*) | 555 Montgomery Street, Suite 750 San Francisco, CA  94111 |
| David Schumann, CA Bar No 223936 (*admitted pro hac vice*) | Telephone: 415.630.2350 Email: mkwun@kblfirm.com |
| Alexandra Olwen Fellowes, CA Bar No. 261929 (*admitted pro hac vice*) | klazarus@kblfirm.com staylor@kblfirm.com |
| 1200 Westlake Ave. N., Ste. 809 Seattle, WA 98109 | And |
| Tel: 206-880-1802 | FOX ROTHSCHILD LLP |
| Email: stefan@foliolaw.com cris.leffler@foliolaw.com sam.kim@foliolaw.com palani@foliolaw.com maclain@foliolaw.com david.schumann@foliolaw.com alexandra.fellowes@foliolaw.com | */s/ Gavin W. Skok* Gavin W. Skok, WSBA #29766 1001 Fourth Avenue, Suite 4400 Seattle, WA 98154 Telephone:  206.624.3600 Facsimile:  206.389.1708 Email:  gskok@foxrothschild.com |
| *Attorneys for Plaintiff Immersion Corporation.* | *Attorneys for Defendant Valve Corporation* |

## CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2023, I caused the foregoing to be served on all counsel of record via ECF.

/s/Stefan Szpajda
Stefan Szpajda