The Honorable Tana Lin

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
SEATTLE

IMMERSION CORPORATION,

    Plaintiff,

v.

VALVE CORPORATION,

    Defendant.

No. 2:23-cv-00712-TL

**STIPULATED NOTICE EXTENDING DEFENDANT VALVE CORPORATION'S DEADLINE TO SERVE NON-INFRINGEMENT AND INVALIDITY CONTENTIONS AND ACCOMPANYING DOCUMENT PRODUCTION**

**STIPULATION**

Pursuant to Section III.A of the Court's Standing Order for All Civil Cases, the Parties have agreed to move the following deadline:

| *Event* | *Prior Deadline* | *New Deadline* |
|---|---|---|
| Defendant to serve Preliminary Non-Infringement and Invalidity Contentions (PAT 121) and accompanying document production (PAT 122) | January 26, 2024 | February 5, 2024 |

The Parties request that the Clerk reset the deadlines as noticed.

(1) The foregoing request is agreed upon between the Parties; (2) the date has not been previously automatically extended; and (3) such request does not change the date for (a) any hearing, (b) any final submission to the Court related to a hearing, (c) any dispositive

STIP. NOTICE EXTENDING DEF.'S DEADLINE TO SERVE NON-INFRINGEMENT AND INVALIDITY CONTENTIONS AND ACCOMPANYING DOCUMENT PRODUCTION
No. 2:23-cv-00712-TL – Page 1

ARÊTE LAW GROUP
1218 THIRD AVE., STE 2100
SEATTLE, WA 98101
O: (206) 428-3250

motion or expert motion deadline, or (d) any deadline after the filing of dispositive and expert motions in the trial scheduling order.

STIPULATED AND AGREED: January 18, 2024

| **FOLIO LAW GROUP PLLC** | **ARETE LAW GROUP PLLC** |
|---|---|
| By: /s/ Stefan Szpajda<br>Stefan Szpajda, WA Bar No. 50106<br>Cristofer Leffler, WA Bar No. 35020<br>Sam Kim, CA Bar No. 221600 (*admitted pro hac vice*)<br>Palani P. Rathinasamy, CA Bar No. 269852 (*admitted pro hac vice*)<br>C. Maclain Wells, CA Bar No. 221609 (*admitted pro hac vice*)<br>David Schumann, CA Bar No 223936 (*admitted pro hac vice*)<br>Alexandra Olwen Fellowes, CA Bar No. 261929 (*admitted pro hac vice*)<br>1200 Westlake Ave. N., Ste. 809<br>Seattle, WA 98109<br>Tel: 206-880-1802<br>stefan@foliolaw.com<br>cris.leffler@foliolaw.com<br>sam.kim@foliolaw.com<br>palani@foliolaw.com<br>maclain@foliolaw.com<br>david.schumann@foliolaw.com<br>alexandra.fellowes@foliolaw.com<br><br>*Attorneys for Plaintiff Immersion Corporation* | By: /s/ Jeremy E. Roller<br>Jonah O. Harrison, WSBA No. 34576<br>Jeremy E. Roller, WSBA No. 32021<br>1218 Third Avenue, Suite 2100<br>Seattle, WA 98101<br>Phone: (206) 428-3250<br>Fax: (206) 428-3251<br>jharrison@aretelaw.com<br>jroller@aretelaw.com<br><br>*Attorneys for Defendant Valve Corporation* |

STIP. NOTICE EXTENDING DEF.'S DEADLINE TO SERVE NON-INFRINGEMENT AND INVALIDITY CONTENTIONS AND ACCOMPANYING DOCUMENT PRODUCTION
No. 2:23-cv-00712-TL – Page 2

ARÊTE LAW GROUP
1218 THIRD AVE., STE 2100
SEATTLE, WA 98101
O: (206) 428-3250

**CERTIFICATE OF SERVICE**

I hereby certify that on this date I caused true and correct copies of the foregoing document to be served on all attorneys of record using the automatic notification generated by the CM/ECF system.

Dated this 18th day of January, 2024 in Seattle, Washington.

*/s/ Janet Fischer*
Janet Fischer
Paralegal

STIP. NOTICE EXTENDING DEF.'S DEADLINE TO SERVE NON-INFRINGEMENT AND INVALIDITY CONTENTIONS AND ACCOMPANYING DOCUMENT PRODUCTION
No. 2:23-cv-00712-TL – Page 3

ARÊTE LAW GROUP
1218 THIRD AVE., STE 2100
SEATTLE, WA 98101
O: (206) 428-3250