UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IMMERSION CORPORATION,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>VALVE CORPORATION,<br><br>　　　　　　　Defendant. | CASE NO. 2:23-cv-00712-TL<br><br>ORDER MAINTAINING STAY |

This matter is before the Court on the Parties' Joint Status Report. Dkt. No. 74. Having reviewed the JSR and the relevant record, it is hereby ORDERED:

(1) The Parties SHALL file a joint status report **within twenty-one (21) days** of each Final Written Decision on the pending IPRs.

(2) This matter remains STAYED.

Dated this 8th day of November 2024.

Tana Lin
United States District Judge

ORDER MAINTAINING STAY - 1