The Honorable Tana Lin

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IMMERSION CORPORATION, | Case No. 2:23-cv-00712-TL |
| Plaintiff, | **JOINT STATUS REPORT** |
| v. | |
| VALVE CORPORATION, | |
| Defendant. | |

JOINT STATUS REPORT
No. 2:23-CV-00712-TL

Kwun Bhansali Lazarus LLP
555 Montgomery Street, Suite 750
San Francisco, CA 94111
415.630.2350

**JOINT STATUS REPORT**

Pursuant to the Court's Order Maintaining Stay dated October 3, 2024 (Dkt. #75), the parties jointly submit this third status report regarding the final written decisions ("FWDs") issued by the Patent Trial and Appeal Board ("PTAB") in the seven *inter partes* review proceedings ("IPRs") initiated by Valve. The parties' first and second status reports (Dkt. #76 and #77) addressed FWDs in five IPRs. This third status report addresses the FWD in one IPR. The parties await the FWD in one IPR.

*Procedural History*

On March 14, 2024, Valve moved for an order staying this case pending institution decisions on its petitions for IPR of the patents-in-suit. *See* Mot. to Stay (Dkt. #62) at 1. On April 4, 2024, the Court granted Valve's motion. *See* Stay Order (Dkt. #69) at 8. The PTAB subsequently granted institution in each of the seven IPRs:

| *Proceeding* | *Patent* | *Date of Order Instituting Review* |
| --- | --- | --- |
| IPR2024-00477 | 7,336,260 | July 24, 2024 |
| IPR2024-00478 | 9,430,042 | July 25, 2024 |
| IPR2024-00508 | 9,116,546 | August 6, 2024 |
| IPR2024-00556 | 8,749,507 | August 6, 2024 |
| IPR2024-00557 | 10,665,067 | August 13, 2024 |
| IPR2024-00582 | 11,175,738 | September 25, 2024 |
| IPR2024-00714 | 10,627,907 | October 28, 2024 |

The Court maintained the stay and ordered the parties to file a joint status report within twenty-one days of each FWD in the pending IPRs. Order Maintaining Stay at 1.

*Prior FWDs*

As the parties previously reported, Immersion filed notices of appeal to the United States Court of Appeals for the Federal Circuit in IPR2024-00477 and IPR2024-00478. Those appeals have been docketed by the Federal Circuit as 25-2032 and 25-2025, respectively.

JOINT STATUS REPORT
No. 2:23-CV-00712-TL

Kwun Bhansali Lazarus LLP
555 Montgomery Street, Suite 750
San Francisco, CA 94111
415.630.2350

Since the parties' last joint status report, Immersion also filed a notice of appeal to the United States Court of Appeals for the Federal Circuit in IPR2024-00557. That appeal has been docketed by the Federal Circuit as 26-1006.

Neither party filed notices of appeal with respect to the FWDs in IPR2024-00508 and IPR2025-00556. The time in which to do so has run.

*Additional FWD*

On October 24, 2025, the PTAB issued an FWD in IPR2024-00714, regarding the '907 patent, finding all the challenged claims—including all claims asserted by Immersion in the district court—unpatentable. In the district court proceedings, Immersion contends that Valve infringes claims 1 and 3–20 of the '907 patent. Joint Claim Chart and Prehearing Statement (Dkt #68) at 1. In IPR2024-00714, the PTAB found that claims 1–20 of the '907 patent are unpatentable.

As the prevailing party in IPR2024-00714, Valve will not appeal the results of that FWD. Immersion reserves all rights.

*Remaining IPR*

On September 4, 2025, the PTAB extended the deadline for issuing the FWD in IPR2024-00582, concerning the '738 patent, by up to six months—i.e., from September 25, 2025 to March 25, 2026. The parties are still awaiting the FWD in IPR2024-00582.

In accordance with the Court's Order Maintaining Stay, the parties will file a further joint status report within twenty-one days of the FWD in IPR2024-00582.

Dated: November 14, 2025                          **KWUN BHANSALI LAZARUS LLP**

                                                  */s/ Michael Kwun*
                                                  Michael Kwun (SBN 198945)
                                                    (admitted pro hac vice)
                                                  Asim Bhansali (SBN 194925)
                                                    (admitted pro hac vice)
                                                  Kate Lazarus (SBN 268242)
                                                    (admitted pro hac vice)

JOINT STATUS REPORT                                                    **KWUN BHANSALI LAZARUS LLP**
No. 2:23-CV-00712-TL - 2                                               555 MONTGOMERY STREET, SUITE 750
                                                                       SAN FRANCISCO, CA 94111
                                                                       415.630.2350

Scott Taylor (SBN 318941)
 *(admitted pro hac vice)*
Elizabeth Dinh (SBN 329295)
 *(admitted pro hac vice)*
555 Montgomery Street, Suite 750
San Francisco, CA 94111
Telephone: 415.630.2350
mkwun@kblfirm.com
abhansali@kblfirm.com
klazarus@kblfirm.com
staylor@kblfirm.com
edinh@kblfirm.com

And

**ARETE LAW GROUP PLLC**

*/s/ Jonah O. Harrison*
Jonah O. Harrison, WSBA No. 34576
Jeremy E. Roller, WSBA No. 32021
1218 Third Avenue, Suite 2100
Seattle, WA 98101
Phone: (206) 428-3250
Fax: (206) 428-3251
jharrison@aretelaw.com
jroller@aretelaw.com

*Attorneys for Defendant Valve Corporation*

**FOLIO LAW GROUP PLLC**

*/s/ Stefan Szpajda*
Stefan Szpajda, WA Bar No. 50106
Cristofer Leffler, WA Bar No. 35020
Sam Kim, CA Bar No. 221600
(admitted pro hac vice)
Palani P. Rathinasamy, CA Bar No. 269852
(admitted pro hac vice)
C. Maclain Wells, CA Bar No. 221609
(admitted pro hac vice)
David Schumann, CA Bar No 223936
(admitted pro hac vice)
Alexandra Olwen Fellowes, CA Bar No. 261929
(admitted pro hac vice)
1200 Westlake Ave. N., Ste. 809
Seattle, WA 98109
Tel: 206-880-1802
Email: stefan@foliolaw.com
cris.leffler@foliolaw.com
sam.kim@foliolaw.com
palani@foliolaw.com

JOINT STATUS REPORT
No. 2:23-CV-00712-TL - 3

**KWUN BHANSALI LAZARUS LLP**
555 MONTGOMERY STREET, SUITE 750
SAN FRANCISCO, CA 94111
415.630.2350

maclain@foliolaw.com
david.schumann@foliolaw.com
alexandra.fellowes@foliolaw.com

*Attorneys for Plaintiff Immersion Corporation*

JOINT STATUS REPORT
No. 2:23-CV-00712-TL - 4

**KWUN BHANSALI LAZARUS LLP**
555 MONTGOMERY STREET, SUITE 750
SAN FRANCISCO, CA 94111
415.630.2350